CARLIE CHRISTENSEN, United States Attorney (#0633)
JARED C. BENNETT, Assistant United States Attorney (#9097)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

_____

| | |
|---|---|
| VICTORIA MEECHAM, | Civil No. 2:10CV893CW |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | Judge Clark Waddoups |
| ERIC K. SHINSEKI, Secretary of the Department of Veterans Affairs, | |
| Defendant. | |

_____

Pursuant to 28 U.S.C. §§1442(a) and (b) and 1446, the United States of America gives notice of removal of the above-entitled action for the reasons set forth below:

1. On or about August 9, 2010, Plaintiff Victoria Meecham filed her "Complaint for Discrimination Due to Reprisal, Discrimination Due to Disability, Harassment, Defamation, ERISA Violations" in the Third Judicial District Court, Salt Lake County, State of Utah, in the case captioned *Mecham v. Shinseki*, Case No. 100916052, in which Secretary Shinseki was named as a defendant.  Exhibit A.  The Department of Veterans Affairs was served with a Summons on or about August 18, 2010.  Exhibit B.  The United States Attorney's Office has never been served with either a summons or the complaint.

2. In the Complaint, Plaintiff seeks damages for alleged acts of discrimination based on retaliation and disability under the Rehabilitation Act (29 U.S.C. § 794) as well as acts of defamation and purported ERISA violations.

3. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (b), because the United States district courts have original jurisdiction over all of Plaintiff's claims under 28 U.S.C. § 1346(a), (b); 29 U.S.C. §§ 794a, 1132(k); 42 U.S.C. §§ 2000e-16, 2000e-5(f)(3).

DATED this 10th day of September 2010

        CARLIE CHRISTENSEN
        United States Attorney

        /s/ Jared C. Bennett
        JARED C. BENNETT
        Assistant United States Attorney

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Utah, and that a copy of the foregoing **NOTICE OF REMOVAL** was mailed, postage prepaid, this 10th day of September 2010 to the following:

JILL COTTLE GARRETT
Cottle Garrett Law
1167 24th Street
Ogden, UT 84401

                                        /s/ Jared C. Bennett